**JOSEPH P REIFF, ESQ.**
Nevada State Bar No. 6469
THE LAW OFFICES OF JOSEPH P REIFF
3001 E. Charleston Blvd., Ste. A
Las Vegas, NV 89104
T: (702) 388-7000
F: (702) 388-7059
lvtkt3887000@gmail.com
Attorney for Defendant

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

**THE UNITED STATES OF AMERICA,**

               Plaintiff,

                                   Case No.:  2:21-MJ-00386-VCF

   v.

**MIGUEL NINO-ALVEREZ,**

               Defendant.

                                 /

## STIPULATION AND ORDER TO CLOSE CASE

IT IS HEREBY STIPULATED AND AGREED by and between the above-named parties, THE UNITED STATES OF AMERICA, Plaintiff, and MIGUEL NINO-ALVEREZ, Defendant, through their undersigned counsel of record, that the Defendant has completed the terms of his sentence by: abstaining from entering the Lake Mead National Recreation Area for a period of one year ending on June 10, 2022; paying a fine of $510.00; and by attending weekly alcohol counseling and providing quarterly reports to the Assistant United States Attorney's Office.  The Parties hereby stipulate and agree to refer the matter to the Honorable Court for case closure.

///

///

///

US V. NINO-ALVEREZ, STIP TO CLOSE

1  Dated this___ day of June 2022.          Dated this___ day of June 2022.

2

3      /s/JOSEPH P. REIFF, ESQ.            /s/Angelica Marmorstien, Esq.
       Law Offices of Joseph P. Reiff     Assistant United States Attorney
4      Nevada Bar No. 6469                Nevada Bar No.
       3001 E. Charleston Blvd., Ste. A   United States Attorney's Office
5      Las Vegas, Nevada 89104            333 Las Vegas Blvd., South, Suite 1100
       Tel: (702) 388-7000                Las Vegas, Nevada 89101
6      Email: lvtkt3887000@gmail.com      Tel: (702) 401-8751
       *Attorney for Defendant*           Email: jean.ripley@us.doj.gov
7                                         *Attorney for Plaintiff*

8                              **ORDER**

9          **IT IS HEREBY ORDERED** that Defendant, MIGUEL NINO-

10   ALVEREZ, having completed the terms and conditions of this court's sentence, wherefore the

11   above-entitled case is closed.

12     IT IS FURTHER ORDERED that the status conference scheduled for June 30, 2022 at 1:30

13   pm is VACATED.

14              Dated this __29__ day of _____June_____, 2022.

15

16

17              _____
                                         
18              Cam Ferenbach, Magistrate Judge

     Submitted by:
19
     /s/JOSEPH P REIFF, ESQ.
20   Nevada State Bar No. 6469
     THE LAW OFFICES OF JOSEPH P REIFF
21   3001 E. Charleston Blvd., Ste. A
     Las Vegas, NV 89104
22   T: (702) 388-7000
     F: (702) 388-7059
23   lvtkt3887000@gmail.com
     Attorney for Petitioner
24

25

26

27                                  -2-

28